Matter of Buck (2024 NY Slip Op 03311)

Matter of Buck

2024 NY Slip Op 03311

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND NOWAK, JJ. (Filed June 14, 2024.) 

MOTION NO. (804/23) CA 23-00285.

[*1]IN THE MATTER OF THE ESTATE OF KATHRYN W. BUCK, DECEASED. RICHARD M. BUCK, III, PETITIONER-APPELLANT-RESPONDENT. (PROCEEDING NO. 1.)
JOSEPH J. TIMPANO, TEMPORARY ADMINISTRATOR OF THE ESTATE OF KATHRYN M. BUCK, DECEASED, PETITIONER-RESPONDENT. (PROCEEDING NO. 2.)
RICHARD M. BUCK CONSTRUCTION CORPORATION, PETITIONER-RESPONDENT, STEVEN G. BUCK AND BUCK CONSTRUCTION LLC, APPELLANTS. (PROCEEDING NO. 3.)

MEMORANDUM AND ORDER
Motions for reargument or leave to appeal to the Court of Appeals denied.